AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

Eastern **District of** California

Michael Chase Stafford

Plaintiff(s),

V.

State of California, City of Merced et al.

Defendant(s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 1:13-cv-00348-LJO-SKO

FILED JAN 16 2014 CLERK, U.S. DISTRICT COURT EASTERN DISTRICT OF CALIFORNIA BY _____ DEPUTY CLERK

Notice is hereby given that, subject to approval by the court, __City of Merced__ substitutes
(Party (s) Name)

__Dale L. Allen, Jr.__, State Bar No. __145279__ as counsel of record in
(Name of New Attorney)

place of __Dale L. Allen, Jr. of the law firm of Low Ball & Lynch__.
(Name of Attorney(s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name: Allen, Glaessner & Werth
Address: 180 Montgomery Street, Suite 1200, San Francisco CA 94104
Telephone: (415) 697-2000   Facsimile (415) 813-2045
E-Mail (Optional):

I consent to the above substitution.
Date: December 20 2013

Greg Diaz for City of Merced
_[signature]_
(Signature of Party (s))

I consent to being substituted.
Date: December 27, 2013

Dale L. Allen, Jr.
_[signature]_
(Signature of Former Attorney (s))

I consent to the above substitution.
Date: December 27, 2013

Dale L. Allen, Jr.
_[signature]_
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: 1/16/14

_[signature]_
Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]